# ORIGINAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2011 SEP -8  AM 9:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>MIGUEL TORRES (1),<br>aka:<br>Miguel Angel Torres-Calvillo<br>                Defendant. | CASE NO. 10CR4248-BTM<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment:

    21 USC 841(a)(1), 846 & 853.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/6/2011

                                       IRMA E. GONZALEZ
                                       UNITED STATES DISTRICT JUDGE